# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETRA A. JOHNSON, | )   1:09-cv-00346 AWI GSA |
| | ) |
| | ) |
| Plaintiff, | )   ORDER GRANTING APPLICATION |
| | )   TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | )   (Document 2) |
| MICHAEL B. DONLEY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Janetra A. Johnson, appearing pro se, filed a complaint with this Court on February 25, 2009.  On that same date, Plaintiff also submitted an application to proceed in forma pauperis.  A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and her application is therefore GRANTED.

IT IS SO ORDERED.

**Dated:**   **March 2, 2009**            _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE